IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | Case No. JFM-14-02 |
| Richard Lee | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCING ORDER

Defendant, Richard Lee, by his undersigned attorneys, moves to modify certain dates set forth in the Scheduling Order issued by Your Honor on December 23, 2014.

Sentencing of Mr. Lee is set for March 20, 2015 at 11:00 a.m. Pursuant to the original Sentencing Order, the initial presentence report is due from the Probation Officer on or before January 30, 2015. Parties' objections to the presentence report are due on or before February 13, 2015. Any revisions and addendum to the presentence report are due on or before February 24, 2015. Disclosure of witnesses and sentencing memoranda are due on or before March 6, 2015, with any opposing memoranda due on or before March 13, 2015.

The Defendant requests that the dates be modified and the Order be amended as follows:

1. The Probation Officer shall serve copies of the presentence report on the parties, in accordance with the Sentencing Order, on or before February 23, 2015.

2. Counsel shall submit any objections to the presentencing report, in accordance with the Sentencing Order, on or before February 27, 2015.

3. The Probation Officer shall serve copies of any revisions and addendum to the presentence report on the parties, in accordance with the Sentencing Order, on or before March 2, 2015.