IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | Case No. JFM-14-002 |
| Richard Lee | * | |
| Defendant | * | |

\* * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

Defendant, Richard Lee, by his undersigned attorneys, moves to for an extension of time to file his sentencing memorandum.

Sentencing of Mr. Lee is set for March 20, 2015 at 11:00 a.m.  Pursuant to the Sentencing Order, sentencing memoranda are due on or before March 6, 2015, with any opposing memoranda due on or before March 13, 2015.

For the following reason, the Defendant requests an extension of one day, until Monday, March 9, 2015 to file his sentencing memorandum:

1.	Defense counsel's expert, psychiatrist Dr. Mitchell Hugonnet, has not been able to provide us with his expert report, originally due to defense counsel on March 5, 2015, due to the weather. He has informed counsel that he cannot complete the report before the morning of March 9, 2015. An extension is therefore necessary so that counsel can integrate Dr. Hugonnet's report into Mr. Lee's sentencing memorandum.

2.	Undersigned counsel has spoken to Assistant United States Attorney Rachel Yasser, and she has no objection to this request.

WHEREFORE, Defendant respectfully requests that this Honorable Court GRANT the motion and extend the time for the filing of sentencing memoranda until March 9, 2015.

Respectfully submitted,

_____/s/_____
Joshua R. Treem #00037
Emily L. Levenson #28670
Laura Ginsberg Abelson #29363
Brown, Goldstein & Levy, LLP
120 East Baltimore Street
Suite 1700
Baltimore, Maryland 21202
410-962-1030
jtreem@browngold.com
elevenson@browngold.com
labelson@browngold.com

David Irwin (#01933)
Irwin, Green & Dexter
301 West Pennsylvania Avenue
Towson, Maryland 21204
410-832-0111
dirwin@igdlaw.com

*Counsel for Richard Lee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2015 a copy of the foregoing Defendant's Motion for Extension of Time to File Sentencing Memorandum was served on AUSA Rachel Yasser via electronic filing through CMECF.

_____/s/_____
Emily L. Levenson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | Case No. JFM-14-002 |
| Richard Lee | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having considered Defendant's Motion for Extension of Time to File Sentencing Memorandum, it is hereby ORDERED that the motion is GRANTED and Mr. Lee's sentencing memorandum is due on March 9, 2015.

_____
The Honorable J. Frederick Motz
United States District Judge